UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH SYLVESTER and MELINDA SYLVESTER** | * CIVIL ACTION NO.: 6:22-CV-05192 |
| **VERSUS** | * |
| **TALOS ENERGY OFFISHORE, LLC TALOS ENERGY, LLC, TALOS ERT LLC, RODI MARINE, L.L.C., RODI MARINE MANAGEMENT, LLC and WOOD GROUP PSN INC. XYZ INSURANCE COMPANY** | * JUDGE DAVID C. JOSEPH * * * * MAGISTRATE JUDGE * CAROL B. WHITEHURST |

**PLAINTIFFS' MOTION TO EXCLUDE/MOTION TO STRIKE OPINIONS OF DR. CHAD DOMANGUE**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, **JOSEPH SYLVESTER and MELINDA SYLVESTER,** who respectfully move this Honorable Court to exclude all or specific portions of the opinions and testimony of Defendants' proposed expert, Dr. Chad Domangue. Dr. Domangue's opinions fail to meet the legal standards required by Federal Rule of Evidence 702 and *Daubert v Merrell Dow Pharmaceuticals, Inc.*

1.

Defendants retained Dr. Chad Domingue as an expert witness in this case in the areas of neurology and pain management.

2.

Dr. Domangue performed a defense medical examination on Plaintiff Joseph Sylvester and issued a report in this case on December 5, 2023.

3.

Plaintiffs anticipate that Defendants will seek to introduce at trial of this matter testimony and opinions of Dr. Domangue. Any opinions or testimony that Dr. Domangue attempts to provide at the trial of this matter, especially specific testimony as outlined herein, fails to meet the standards required by Fed. Rules of Evidence 702 and *Daubert,* as they are unreliable, untrustworthy and biased. Dr. Domangue's opinions are based upon an incomplete set of facts, unsupported speculation and a lack of expertise and experience.

4.

In particular, Dr. Domangue should be excluded because his opinions exceed the scope of his expertise as Dr. Domangue has no experience or expertise in vascular surgery and/or diagnosing and treating vascular conditions, but yet he provided opinions on these topics as it relates to Plaintiff Joseph Sylvester in this case.

**WHEREFORE,** Plaintiffs, **JOSEPH SYLVESTER and MELINDA SYLVESTER**, pray that for the reasons listed above, and those more fully explained in the accompanying memorandum in support, that this Motion be granted and that this Honorable Court issue an Order prohibiting Dr. Chad Domangue from offering any opinions or testimony at the trial of this matter, prohibiting all parties and witnesses from making any reference to him, his report and his opinions at the trial of this matter, and/or striking certain opinions of Dr. Chad Domangue as they relate to his opinions on vascular issues.

*SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON NEXT PAGE*

Respectfully Submitted,

**LABORDE EARLES LAW FIRM, LLC**

By: /s/ Nicholas R. Rockforte
**NICHOLAS R. ROCKFORTE, Bar #31305**
*E-mail: service@onmyside.com*
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Phone (337) 261-2617
Fax (337) 261-1934
*Attorney for Plaintiffs- Joseph and Melinda Sylvester*
*\*For all non-service relation communications,
please direct to nicholas@onmyside.com*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26TH day of December 2023, the foregoing document has been filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Nicholas R. Rockforte
**NICHOLAS R. ROCKFORTE**