# Curriculum Vitae

## Chad Michael Domangue, M.D.

19065 Dr. John Lambert Drive
Suite #2000A
Hammond, LA 70403
**Phone:** (985)338-2423  |  **Fax:** (985)892-8937

---

**Education:**

*Louisiana State University, Baton Rouge, LA*
Bachelor of Science in Zoology                                              (1995-1998)

*Louisiana State University Health Science Center, Shreveport, LA*
Doctor of Medicine                                                          (1999-2003)

*Medical University of South Carolina, Charleston, SC*
Internship in Internal Medicine                                             (2003-2004)
Internship in Neurology                                                     (2004-2005)

*University of Virginia, Charlottesville, VA*
Residency in Neurology                                                      (2005-2007)

*University of Kentucky, Lexington, KY*
Clinical Instructor Department of Neurology                                 (2007-2007)
Fellow – Headache & Movement Disorders                                      (2007-2007)
Fellow – Interventional Pain Management                                     (2008-2009)

**Residency/Fellowship:**
DBS programming courses                                                     (2007)
Emory Botox training course                                                 (2007)
On-site Botox training course with Dr. Watts of Dallas                      (2007)
Cadaver workshop for spinal cord stimulation through Boston Scientific      (2008)
Dr. Tarun Jolly, Spinal Cord Stimulation trainee                            (2008)

**Post Graduate Medical Training:**
Dr. Kenneth Alo, Applications of Advanced Technology in Complex
Pain Syndrome                                                               (2009)
Dr. Timothy Deer, Applications of Advanced Technology in Complex
Pain Syndrome                                                               (2009)
MILD training, California- First in LA                                      (2009)
Stryker, Vertebroplasty training course, Burr Ridge, IL                     (2009)
DiscFX training, New York, NY- First in LA                                  (2010)
Medtronic, Kyphoplasty training course, Memphis, TN                         (2010)

**Continuing Medical Education:**
Can be provided upon request

**Professional Experience:**
Founder of Neuroscience & Pain Institute LLC, DBA Cypress Pointe Pain Management (2009-present)
Original investor in Cypress Pointe Surgical Hospital
Key opinion leader for Boston Scientific

Chad Michael Domangue, M.D.                                                                                 1

| | |
|---|---|
| Speaker for PCCA at Pain Management and Sports Medicine Symposium, Colorado Springs, CO | (8/2011) |
| Speaker for PCCA at Sales and Marketing Symposium, Austin, TX | (4/2012) |
| Speaker at Western Pain Society on compounded pain cream, Portland OR | (9/2012) |
| On site peer to peer training on spinal cord stimulation for Dr. Shaun Dunn | (2014) |
| On site peer to peer training on spinal cord stimulation for Dr. Jose Barreto | (2014) |
| First Pain Doctor to use Spectrum battery in Gulf South (Boston) | |
| Instructed a Flowonix course for Nurse Practioners at Clinical Advanced TDD Symposium, New Orleans, LA | (8/2014) |
| Medical Director of Pain Management of Cypress Pointe Surgical Hospital | |
| Medical Director of Neurology at Fairway | |
| Medical Executive Committee Board Member Fairway Hospital | |
| Proctor for Boston Scientific spinal cord stimulation at Cadaveric Training Lab for physicians and surgeons | (2/2014, 2/2015, 10/2015) |
| On site peer to peer training on spinal cord stimulation for Dr. Paul White | (6/2015) |
| Speaker for National Shipbuilders Research Program | (6/2015) |
| Speaker for International Association of Rehabilitation Professionals | (9/2015) |
| Research consult for emerging technology and products for different disease states for research team from Boston Scientific | (10/2015) |
| Preceptorship with Dr. Nav Sharma for Boston Scientific | (11/2015) |
| Manager of Cypress Pointe Surgical Hospital | (2015-Aug 2021) |
| Qualified Baseline Assessment Program Physician for the NFL | (5/2017) |
| Qualified MAF Physician for the NFL | (5/2017) |
| Dr Newton- Flowonix Surgery Training | (2017) |
| Dr Nabil Ahmad- Flowonix Surgery Training | (11/2017) |
| Dr Patel- Boston Scientific | |
| Employment: AVALA Physician Network | (05/2021-Present) |

**Research, Presentations & Publications:**

| | |
|---|---|
| Abstract presentation at Palliative Care Conference, Chicago, IL | (2004) |
| involved in FDA intrathecal granuloma study | (2014-2018) |
| Medical consultant for Elliquence (Disc Fx) | (2013) |
| Medical consultant for Minsurg Facet Fusion (TruFuse) v. Rhizotomy study | (2013-2018) |
| American Academy of Neurology presentation of spinal cord stimulation | (2014) |
| "Combined Peripheral Nerve Stimulation and Spinal Cord Stimulation for the Treatment of Occipital Neuropathic Pain Syndromes" | (2015) |
| PRO (Precision Retrospective Outcomes) Study. Sponsor: Boston (Highest trial to implant ratio) Scientific Neuromodulation Corporation | (2017) |
| Integ Review IRB. Sponsor Flowonix medical | (2/2014-2018) |
| "Systematic Protocol for Patients Undergoing Pump Revision from Peristaltic To Valve-Gated Pump used for Intrathecal Drug Delivery System (IDDS): An Initial 6-month Retrospective Review. | (7/2017) |
| WVSIPP Poster Presentation | (2017/2018) |
| Young Nation Responsible Choice (YNRC) | (2018-Present) |
|     -Owner and Creator | |
|     -Relaxation Shot | |

**Memberships:**
American Academy of Neurology

Chad Michael Domangue, M.D.                                                                                          2

Louisiana State of Medical Society
North American Neuromodulation Society
American Interventional Headache Society
American Medical Society
Cancer Pain Research Consortium

**Boards:**
Board certified in Psychiatry and Neurology
Board certified in Pain Management
Board eligible Clinical Neurophysiology

**Awards:**
New Orleans City Business 2014 Health Care Hero
Covington, LA Best 2018 Pain Management Physician
2018 Best of Tangipahoa, Daily Star -Pain Management Practice
2019 Best of Tangi Lifestyles Award- Best Medical Clinic & Medical Doctor
2019 Best of Tangipahoa, Daily Star -Pain Management Practice
2019 Best of Tangipahoa, Sophisticated Woman-Best Neurologist
2020 Best of Tangipahoa, Daily Star- Pain Management Practice

## Dr. Chad Domangue Legal Experience

- **Expert Witness:**

**Certified as an expert witness in Neurology in State of Louisiana**
Case: Flora Williams v. James Stewart, et al
Court: Civil District Court of Orleans Parish
Docket No: 04-15103
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Thomas Andrew Flenner, Jr. v. Sewerage and Water Board of New Orleans and the City of New Orleans
Court: Civil District Court for the Parish of Orleans, State of Louisiana
Docket No: 02-12600, Division: L
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: David C. Jarrell v. State Farm Mutual Automobile Insurance Company and John Doe
Court: Civil District Court for the Parish of St. Bernard, State of Louisiana
Docket No: 109-559, Division: C
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Arnold Richard v. Parish Anesthesia Associates, L.T.D. and Dr. Jay Achandra Induru
Court: Civil District Court for the Parish of Orleans
Docket No: 08-5151
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Steven Lachute v. Ochsner Clinic Foundation
Court: United States District Court Eastern District of Louisiana
Docket No: 11-2783
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Derrick Edwards v. Permobil, ET AL
Court: United States District Court Eastern District of Louisiana
Docket No: 11-1900
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Robert L. Manton and Janet F. Manton v. The Audobon Nature Institute, Inc., ET AL
Court: Civil District Court for the Parish of Orleans State of Louisiana
Docket No: 2007-15791
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Joseph M Franicevich v. PSC Industrial Outsourcing LP ET AL
Court: 25th Judicial District Court Parish of Plaquemines State of Louisiana-Defense
Docket No: 00058127
**Certified as an expert witness in Complex Reginal Pain Syndrome in State of Louisiana**
Case: Jennifer Cole v. John L. Fambrough M.D., et al.
Court: 21st JPC, Parish of Tangipahoa
Docket N: 2011-0004029
**Certified as an expert witness in Neurology in State of Louisiana**
Case: Thalia A. Yearby, ET AL v. Baton Rouge General Medical Center, ET AL (Deloris Coleman)
Court: 19th Judicial District Court Parish of East Baton Rouge State of Louisiana -Defense
Docket No: C623787 Section 26
**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case:  Marlen Collett v. Geico Casualty Company, et al
Court: United States District Court for the Eastern District of Louisiana -Plaintiff
Civil Action No. 16-15908
**Certified as an expert witness in Neurology and Pain Management in State in Louisiana**
Case: Peter Ochinko, Et AL v. C.Farrell Fruge, Jr (State Farm Insurance Company, Et AL)
Court:19th Judicial Court Parish East Baton Rouge State of Louisiana- Plaintiff
Docket No: 657598

**Certified as an expert witness in Neurology in the State of Louisiana**
Case: Donna Lovecchio and Joseph Lovecchio on behalf of their diseased father Andrea Lovecchio and Katherine Lovecchio vs. Walgreen Louisiana Company Inc. (Renee Angelle Romain, Dr. Todd Rosenthal and Ochsner Clinic Foundation
Court: Civil District Court Parish of Orleans - Plaintiff
Docket No: 13-5432 Division A

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Nakeytra Williams vs. Pennsylvania Lumbermens Mutual Insurance Company, Luke Patterson, Cardinal Lumbar and Supply Co.,Inc and State Farm Mutual Automobile Insurance Company
Court:16th Judicial Court St. Mary Parish-Plaintiff
Docket No: 131064 Division E

**Certified as an expert witness in Forensic Psychiatry in State of Louisiana**
Case: State of Louisiana vs. Kevin Dale Daigle (#1)
Court: 14th Judicial District Court/15th Judicial District Court Parish of Lafayette- Defense
Docket No: 21813-15(14th JDC)/2019-CR-170008(15th JDC)

**Certified as an expert witness in Interventional Neurology and Pain Management in State of Louisiana**
Case: Heather Rushing vs. Ace American Insurance Company
Court: 26th Judicial District Court Parish of Webster- Plaintiff
Docket No: 75190 Division D

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Briana Thorn vs Heiman, Ellen-ET AL
Court: 21st JDC Parish of Tangipahoa- Plaintiff
Docket No: 2016-0000320 Division E

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Chadwick Mackey and Troy Jones vs. Allstate Insurance Company
Court: Civil District Court for the Parish of Orleans State of Louisiana
Docket No: 2017-11851 Division M

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Sylvia P Scott vs. State Farm Mutual Automobile Insurance Company, et al
Court: 22nd Judicial District Court for the Parish of St. Tammany State of Louisiana
Docket No: 2016-13145 Division F

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Reggie Ann Washington vs. United Services Automobile Association and Andrew Fink
Court: 25th Judicial District Court for the Parish of Plaquemines State of Louisiana
Docket No: 64-804 Division B

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Sherrie S. Sibley vs. Abnar Inc DBA McDonalds & Aspen
Court: 31st Judicial District Court Jefferson Davis Parish Jennings, Louisiana
Docket No: C-046316

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Brian Giglio vs. ANPAC Louisiana Ins. Co
Court: 24th Judicial District Court for the Parish of Jefferson State of Louisiana
Docket No: 772-929 Division J

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Niyokey Torregano vs. James Cohen ET AL
Court: 4th Judicial District Court Parish of St. Bernard State of Louisiana
Docket No: 16-1132 Division A

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Frederick Brown vs. United Specialty Insurance Co.
Court: 19th Judicial District Court, Parish of Baton Rouge
Docket No: C-657073 24

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Cory Cobena, et al. vs. Ace American Insurance Co., et al
Court: 24th Judicial District Court for the Parish of Jefferson State of Louisiana
Docket No: 782-290 Division N

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case:  Eben Barra vs. Rayborn Trucking, et al
Court: Civil District Court for the Parish of Orleans State of Louisiana
Case No:  2018-7667, Div. M-13

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case:  Verlisa Craft vs. Old Republic Insurance Company, ETAL
Court: 19th Judicial Court Parish East Baton Rouge State of Louisiana
Case No:  C-650959

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case:  Donna Lovecchio and Joseph Lovecchio on behalf of deceased father, Andrea Lovecchio and Katherine Lovecchio vs. Walgreens Louisiana Co., Renee Angelle Romain and Dr. Todd Rosenthal
Court: Civil District Court for the Parish of Orleans State of Louisiana
Case No:  2013-5432, Div. D

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Rory Picou vs. Michael Willians, et al
Court: Civil District Court for the Parish of Orleans State of Louisiana
Case No: 2014-11297, Div. D

**Certified as an expert witness in Forensic Psychiatry in State of Louisiana**
Case: State of Louisiana vs. Kevin Dale Daigle (#2)
Court: 14th Judicial District Court/15th Judicial District Court Parish of Lafayette- Defense
Docket No: 21813-15(14th JDC)/2019-CR-170008(15th JDC)

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Oldenburg v. Advanced Pain Institute et al
Court: Div. C, 21st JDC, Tangipahoa Parish
Case No: 2015-2245

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Stephanie A. Varnado vs. Pennsylvania Manufacturers' Association Insurance Company
Court: 24th Judicial District Court for the Parish of Jefferson State of Louisiana
Case No: 820-903

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Thomas Fick and Tonya Fick vs. Antoinette Morgan and State Farm Mutual Automobile Insurance Company
Court: Terrebonne 32nd Judicial District Court
Docket No:189398

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Kristie Morgan and David Morgan vs. American Contractors Ins. Co, et al
Court: 15th JDC; Acadia Parish
Case No: 2020-10378

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Theresa Naquin vs. Church Mutual Insurance Company, Covenant Christian Academy of Houma La, and First Baptist Church of Houma
Court: 32nd Judicial District Court, Parish of Terrebonne
Case No: 0187356 Div "D"

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Mandy Bertrand, Individually, and on behalf of her minor daughter, C.J vs. Acadia Parish Sheriff and United States K-9 Unlimited, Inc
Court: 31st Judicial District Court Parish of Jefferson Davis
Case No: C-324-19

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: Pui Kwan Yuen vs. State National Insurance Company, Inc. Riffal, LLC, and Geoffrey Scott Hall
Court: 19th Judicial District Court, East Baton Rouge Parish
Case No: 650-561

Chad Michael Domangue, M.D.                                                                                                              6

**Certified as an expert witness in Neurology and Pain Management in State of Louisiana**
Case: John Buford vs. Alpha VessselCo, LLC
Court: Arbitration Proceeding
Case No: 30174-001

- **Depositions:**
1. November 13th, 2013 patient Maude Galloway, attorney Simone Yoder
2. December 4th, 2013 patient Timothy Lejeune, attorney Elton Foster
3. December 11th, 2013 patient Beth McDermott, attorney Alex Velazquez
4. December 18th, 2013 patient Britt Verdin, attorney Christian Helmke
5. April 16th, 2014 patient Margaret Bean, attorney Matthew Ehrlicher
6. May 22nd, 2014 patient Ronald Lee, attorney Tim Richardson
7. May 27th, 2014 patient Alison Maurin, attorney Steven Witman
8. May 28th, 2014 patient Laura Rivet, attorney Sid Hardy
9. June 25th, 2014 patient Gloria Keller, attorney David Curlin
10. August 20th, 2014 patient Blair Lombardo, attorney Tim Richardson
11. September 3rd, 2014 patient Selena Payzant, attorney James Knight
12. September 17th, 2014 patient Megan Notariano, attorney James Knight
13. October 7th, 2014 patient Joseph Franicevich, attorney Chris Chocheles
14. October 15th, 2014 patient Katherine Batson, attorney John Schoonenberg
15. November 11th, 2014 patient Lenny Adams, attorney Chris Lawler
16. November 12th, 2014 patient Chloe Anderson Bruise, attorney Greg Schafer
17. November 18th, 2014 patient Steven Minnix, attorney Kris Jackson
18. December 29th, 2014 patient Wanda Buckley attorney Debbie Trahan
19. January 20th 2015, patient Debra Babin attorney Chris Landry
20. January 21st 2015, patient Jennifer Page attorney John Robin
21. January 27th 2015, patient Jack Burrage attorney Christian Bogart
22. January 28th 2015, patient David Young attorney John Keller
23. February 2nd 2015, Wendy Palmer Bagwell attorney Donald Harwood
24. February 25th 2015, patient Donald Bryant attorney Tim Richardson
25. March 3rd 2015, patient David Shelton attorney John Womble
26. March 16th 2015, patient Danielle Cuquet attorney Nat Kiefer
27. March 17th 2015, patient Mitchell Dempsy attorney Terry Loup
28. March 18th 2015, patient Sharon Borne defense attorney Maynard Baptiste, plaintiff attorney Aaron Maples
29. April 8th 2015, patient Cathy Roberts defense Richard Petre, plaintiff Barrett Stephens
30. April 14th 2015, patient Brigid Kuntz with attorney Thomas Ruli
31. April 28th 2015, patient Chinell Dorsey with attorney Tim Richardson
32. May 5th 2015, patient Michael Mirandy with attorney Larry Freeman
33. May 12th 2015, patient Janet McKenzie defense attorney Denise Ledet, plaintiff attorney Corey Fitzpatrick
34. May 13th 2015, patient Steven Minix defense attorney Gracella Simmons, plaintiff attorney Sean Fagen
35. June 10th 2015, patient Rebecca Underwood with Murphy Law Firm