

# Doctor Conference
## With Signed Memo Received 12/15/23

*Date: December 8, 2023*

*Re: Joseph Sylvester*

*McFile# 4671*

*Physician: Dr. Chad Domangue*

*Prepared by: Stanford H. McNabb, BA, LRC, CRC, CCM, CLCP*

*McNabb Rehabilitation Services*

*303 Chance Street*

*Lafayette, LA  70506*

*Phone: (337) 988-2140*

*Fax: (337) 988-5225*

# Table of Contents

## Dr. Chad Domangue

**Joseph Sylvester**                           **McFile #: 4671**

**(1)**
**Dr. Chad Domangue Letter**

**(2)**
**Work Status Report**

**(3)**
**Job Descriptions**

**(4)**
**Annotated 9/25/23 Peralta LCP**

**(5)**
**Signed Memo**



303 Chance Street, Lafayette, LA 70506

Office 337.988.2140   Fax 337.988.5225

December 8, 2023                                                                                                          Via Email Only

Dr. Chad Domangue
Domangue Neurology
19065 Dr. John Lambert Dr. Ste. 2000
Hammond, LA 70301

Re:        Joseph Sylvester
DOB:       02/08/1967
DOA:       09/23/2021
McFile #:  4671

Dear Dr. Domangue:

I want to take this opportunity to thank you for your continued professional kindness and courtesy in helping me to identify, evaluate, and analyze all the medical issues related to Mr. Joseph Sylvester, specific to his alleged work-related accident of 9/23/21.

This correspondence will confirm and document the results of our 12/5/23 pain management/vocational/life care planning conference.

Additionally, I do sincerely appreciate you taking a great deal of time to discuss with me in detail Mr. Sylvester's pain management treatment/recovery. You were also kind enough to review Mr. Sylvester's current/future functional limitations and work status specific to his alleged 9/23/21 work-related accident.

Finally, we reviewed the 9/25/23 LCP from Elizabeth Peralta, line by line. After reviewing the pain management and medical records/diagnostic testing related to Mr. Sylvester in conjunction with your examination of Mr. Sylvester, you provided me with your assessment as to the medical necessity and probability for each future medical treatment recommendation listed on the 9/25/23 Peralta LCP.

Your current medical assessment included the following medical data, information, and opinions:

1.  **You confirmed that you conducted an independent medical examination of Mr. Sylvester earlier on 12/5/23. Also, you have coordinated a comprehensive review of the medical records regarding Mr. Sylvester's pre-existing medical conditions as well as the medical treatment coordinated relative to Mr. Sylvester's alleged accident of 9/23/21. Your report had not been completed, so we reviewed your findings and opinions from your notes.**

2. *Your analysis and opinions relative to Mr. Sylvester include the following:*

   - *Deep vein thrombosis, not related to the alleged incident.*
   - *Pulmonary embolism, not related to the alleged incident.*
   - *Pre-existing lumbar problems going back to 2008, not related to the alleged incident.*
   - *Intervening MVA on 3/30/23, active litigation ongoing.*
   - *No traumatic findings were identified on any imaging related to the alleged 9/23/21 incident.*
   - *Mr. Sylvester denied the accident ever occurring and denied any lumbar pain on multiple occasions in the month after the alleged incident. (First complaint on 10/26/21).*
   - *CT scans from 2021 versus 2014 were virtually identical, with no traumatic findings identified.*
   - *Mr. Sylvester did not fracture his lumbar spine nor suffer PARS fractures in the alleged accident.*
   - *TLIF L5-S1 surgery, as performed, was derivative to pre-existing spinal problems and was not related to the alleged accident.*
   - *Both Mr. Sylvester and his wife admitted that they lied on multiple occasions to multiple medical providers as to the alleged injuries that Mr. Sylvester is now complaining of.*
   - *Mr. Sylvester's blood clotting problem continues to develop. There is no medical correlation between it and the alleged accident.*

3. *We discussed Mr. Sylvester's current and future functional limitations and work restrictions which are derivative to his alleged 9/23/21 accident. There is no evidence that Mr. Sylvester suffered any traumatic injury in the alleged incident. Therefore, there are no functional or work restrictions which impact his ability to return to work full time full duty.*
   (*SEE ATTACHED WORK STATUS REPORT*)

4. *I have evaluated Mr. Sylvester's work history, and I have developed job descriptions that are representative of the occupations which he has performed during his adult work life. After reviewing the job descriptions, you provided me with your assessment as to Mr. Sylvester's functional capacity to perform in each occupation as listed below:*

| Occupation | Physical Demand Level | Opinion |
|---|---|---|
| **Construction Equipment Mechanic** | **Medium** | **Approved; No work restrictions due to alleged accident** |
| **Overhead Crane Operator** | **Light** | **Approved; No work restrictions due to alleged accident** |

   (*SEE ATTACHED JOB DESCRIPTIONS*)

5. *We discussed my role as a Certified Life Care Planner in this case. One of the primary purposes of meeting with you was to obtain your opinions on the future treatment requirements relating to Mr. Sylvester. We reviewed the criteria that are required for the inclusion of medical services and items in a Life Care Plan as follows:*

   - *Any service/item/surgery must be specifically related to the index incident.*
   - *Any service/item/surgery must be medically necessary.*
   - *Any service/item/surgery must meet the standard of more probable than not to be performed.*

6. *We reviewed the 9/25/23 life care plan developed by Elizabeth Peralta line by line and item by item. Your opinions as to each of the services/items identified by Elizabeth Peralta relative to the Life Care Planning Criteria as identified above are as follows:*

| Service or Procedure | Frequency / Duration | Opinion |
|---|---|---|
| Adjacent-Level TLIF | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Lumbar CT (without contrast) | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Lumbar MRI (without contrast) | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| CBC | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Chest X-Ray | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| BMP | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| EKG | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| PT/PTT/INR | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Lumbar X-Ray (AP/lateral) | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Spine Surgeon | 10 total/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Lumbar MRI (without contrast) | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Lumbar CT (without contrast) | Once/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Physical Therapy Evaluation | 4 total/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Physical Therapy | 63 visits total/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Zanaflex 4mg | 274 tablets total/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Norco 10/325mg | 274 tablets total/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Pain Management | 1-3 visits total (based on 1 visit every 3 months)/2-8 months | **Disagree. Not specific to the alleged work accident.** |
| Urine Drug Screen | 1 total/2-8 months | **Disagree. Not specific to the alleged work accident.** |
| Mobic 15mg | 2 tablets per day/Life expectancy | **Disagree. Not specific to the alleged work accident.** |
| Gabapentin 300mg | 3 tablets per day/2-8 months | **Disagree. Not specific to the alleged work accident.** |

| Robaxin 750mg | 3 tablets per day/2-8 months | **Disagree. Not specific to the alleged work accident.** |
| Voltaren Gel | 1 tube per month/2-8 months | **Disagree. Not specific to the alleged work accident.** |
| Percocet 10/325mg | 1-3 tablets per day/2-8 months | **Disagree. Not specific to the alleged work accident.** |

*Dr. Domangue, it remains a pleasure to continue working with you and your fine staff. Please feel free to contact me at any time should you have any questions or concerns about this correspondence or if I may be of any assistance to you in any other matter.*

***Per the usual and customary vocational rehabilitation/life care planning methodology, I request that you carefully review my correspondence and make any necessary changes to clarify your opinions on the enclosed Memorandum and return the Memorandum only to me as quickly as possible.***

*With kindest regards and best wishes, I remain,*

*Sincerely,*

*Stanford H. McNabb, BA, LRC, CRC, CCM, CLCP*

*SHM:aym*

*Enclosures: Work Status Report, Job Descriptions, Annotated 9/25/23 Peralta LCP*

*Cc:    Attorney Jack Jurgens via email only*



*303 Chance Street, Lafayette, LA 70506*

*Office 337.988.2140   Fax 337.988.5225*

**MEMORANDUM**

*Date:*  December 8, 2023

*To:*  Dr. Chad Domangue

*From:*  Stanford McNabb, BA, LRC, CRC, CCM, CLCP

*Re:*  Joseph Sylvester

*McFile #:*  4671

*I want to ask Dr. Domangue to review the consultation summary letter. Please ask him to make any necessary changes or corrections in the section below and to return this Memorandum to me as soon as possible.*

Please keep a copy of this memo for your records.

*I have reviewed and examined the correspondence of 12/8/23, and it accurately reflects the contents of my pain management/vocational/life care planning consultation with Stanford McNabb on 12/5/23.*

*I would, however, clarify the following items:*

_____

_____

_____

_____

_____

_____

√ **PHYSICIAN'S SIGNATURE** _____     **DATE** _____

*Page 5 of 5*

**McNabb Rehabilitation Services, Inc.**
303 Chance Street, Lafayette, LA 70506
Phone: 337.988.2140 | Fax: 337.988.5225

**Work Status Report**

Name: Joseph Sylvester

Physician Name: Dr. Chad Domangue

✓ This patient is capable of employment and may return to:

| ✓ Full Duty Work | No Restrictions | |
| Sedentary Work | Frequently: up to 5 pounds | Occasionally: up to 10 pounds |
| Sedentary/Light Work | Frequently: up to 7.5 pounds | Occasionally: up to 15 pounds |
| Light Work | Frequently: up to 10 pounds | Occasionally: up to 20 pounds |
| Light/Medium Work | Frequently: up to 17.5 pounds | Occasionally: up to 35 pounds |
| Medium Work | Frequently: up to 25 pounds | Occasionally: up to 50 pounds |
| Medium/Heavy Work | Frequently: up to 37.5 pounds | Occasionally: up to 75 pounds |
| Heavy Work | Frequently: up to 50 pounds | Occasionally: up to 100 pounds |

_____ This patient is temporarily disabled and unable to perform any employment, even sedentary work, until _____ (date).

Additional Comments/Physical Limitations/Restrictions:

\* Per teleconference with Dr. Domangue - No Restrictions due to alleged work accident

Physician's Signature: _____  Date: 12/5/23

SEDENTARY Work: Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time.

LIGHT Work: Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

MEDIUM Work: Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects.

HEAVY Work: Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects.

© LegalTech Case 6:22-cv-05192-SMH-CBW   Document 56-7   Filed 12/26/23   Page 9 of 17 PageID #: 675

# LifeStep DOT Browser

**Page 1**  Job Description Report  49-3042  11/15/2023

*Joseph Sylvester*

## 620.261-022 CONSTRUCTION-EQUIPMENT MECHANIC

Analyzes malfunctions and repairs, rebuilds, and maintains construction equipment, such as cranes, power shovels, scrapers, paving machines, motor graders, trench-digging machines, conveyors, bulldozers, dredges, pumps, compressors and pneumatic tools: Operates and inspects machines or equipment to diagnose defects. Dismantles and reassembles equipment, using hoists and handtools. Examines parts for damage or excessive wear, using micrometers and gauges. Replaces defective engines and subassemblies, such as transmissions. Tests overhauled equipment to ensure operating efficiency. Welds broken parts and structural members. May direct workers engaged in cleaning parts and assisting with assembly and disassembly of equipment. May repair, adjust, and maintain mining machinery, such as stripping and loading shovels, drilling and cutting machines, and continuous mining machines, and be designated Mine-Machinery Mechanic (mine & quarry).

| Aptitudes | Lvl | Temperaments | Lvl | Physical Demands | Lvl | Environmental | Lvl |
|---|---|---|---|---|---|---|---|
| General learning ability | 3 | Directing people or events | | Climbing | N | Exposure to weather | C |
| Verbal skill | 3 | Repetitive tasks | | Balancing | N | Extreme Cold | N |
| Numerical skill | 3 | Influencing people | | Stooping | F | Extreme Heat | N |
| Spatial perception | 3 | Variety of tasks | X | Kneeling | F | Wet and/or humid | N |
| Form perception | 3 | Express personal feelings | | Crouching | F | Noise Intensity Level | 4 |
| Clerical perception | 4 | Alone or apart from others | | Crawling | N | Vibration | N |
| Motor coordination | 3 | Stress, dangerous tasks | | Reaching | F | Atmospheric conditions | F |
| Finger dexterity | 3 | Tolerances, precise limits | | Handling | X | Moving mechanical parts | F |
| Manual dexterity | 3 | Under specific instructions | | Fingering | F | Exposure to electrical shock | N |
| Eye-Hand-Foot coordination | 4 | Dealing with people | | Feeling | N | High, exposed places | N |
| Color discrimination | 5 | Making judgments | | Talking | X | Exposure to radiation | N |
| GED | Lvl | Work Fields | Lvl | Hearing | N | Working with explosives | N |
| Reasoning | 3 | Mechanical Fabricating-Installing-Re 121 | | Tasting/Smelling | N | Toxic or caustic chemicals | N |
| Math | 2 | | | Near Acuity | F | Other | O |
| Language | 3 | | | Far Acuity | N | | |
| Trailer | Lvl | MPSMS | Lvl | Depth Perception | F | | |
| Strength | M | Construction Machinery and Equipm 563 | | Accomodation | F | | |
| SVP | 7 | | | Color Vision | N | | |
| GOE | 05 05.09 | | | Field of Vision | N | | |

*medium*

*O.K. No Restrictions. due to Work Accident*

Joseph Sylvester

## 921.663-010 OVERHEAD CRANE OPERATOR

Operates traveling or stationary overhead crane (cab- or ground controlled) to lift, move, and position loads, such as machinery, equipment, products, and solid or bulk materials, using hoisting attachments, such as hook, sling, electromagnet, or bucket: Observes load hookup and determines safety of load. Manipulates or depresses crane controls, such as pedals, levers, and buttons, to regulate speed and direction of crane and hoist movement according to written, verbal, or signal instructions. Cleans and maintains crane and hoisting mechanism. Inspects crane for defective parts and notifies supervisor of defects or malfunctions. May attach load to hook or other crane accessory prior to operating crane and be designated Crane Operator-Hooker (steel & rel.) or Crane Operator-Hooktender (aircraft mfg.). May be designated by type of crane operated or material handled as Bridge Crane Operator (any industry); Charging-Crane Operator (foundry; steel & rel.) I; Cinder Crane Operator (foundry; steel & rel.) I; Gantry Crane Operator (any industry); Hot-Metal Crane Operator (foundry; nonfer. metal; steel & rel.) I; Ingot Stripper (steel & rel.) I; Scrap Crane Operator (steel & rel.) I; Tower Whirler Operator (any industry); Wall-Crane Operator (foundry).

| Aptitudes | Lvl | Temperaments | Lvl | Physical Demands | Lvl | Environmental | Lvl |
|---|---|---|---|---|---|---|---|
| General learning ability | 3 | Directing people or events | | Climbing | O | Exposure to weather | N |
| Verbal skill | 4 | Repetitive tasks | X | Balancing | N | Extreme Cold | N |
| Numerical skill | 4 | Influencing people | | Stooping | O | Extreme Heat | N |
| Spatial perception | 3 | Variety of tasks | | Kneeling | N | Wet and/or humid | N |
| Form perception | 4 | Express personal feelings | | Crouching | O | Noise Intensity Level | 4 |
| Clerical perception | 5 | Alone or apart from others | | Crawling | N | Vibration | N |
| Motor coordination | 3 | Stress, dangerous tasks | | Reaching | F | Atmospheric conditions | N |
| Finger dexterity | 4 | Tolerances, precise limits | X | Handling | F | Moving mechanical parts | N |
| Manual dexterity | 3 | Under specific instructions | | Fingering | O | Exposure to electrical shock | N |
| Eye-Hand-Foot coordination | 3 | Dealing with people | | Feeling | N | High, exposed places | N |
| Color discrimination | 5 | Making judgments | | Talking | O | Exposure to radiation | N |
| GED | Lvl | Work Fields | Lvl | Hearing | O | Working with explosives | N |
| Reasoning | 3 | Material Moving | 11 | Tasting/Smelling | N | Toxic or caustic chemicals | N |
| Math | 2 | | | Near Acuity | N | Other | N |
| Language | 2 | | | Far Acuity | F | | |
| Trailer | Lvl | MPSMS | Lvl | Depth Perception | C | | |
| Strength | L | Miscellaneous Services, NEC. | 969 | Accomodation | N | | |
| SVP | 5 | | | Color Vision | N | | |
| GOE | 05 11.04 | | | Field of Vision | F | | |

O.K.   Light   No Restrictions due to Work Accident

Joseph Sylvester

Job Description Report                    27-2042    11/15/2023

*Joseph Sylvester*

## 152.041-010 MUSICIAN, INSTRUMENTAL

Plays musical instrument as soloist or as member of musical group, such as orchestra or band, to entertain audience: Studies and rehearses music to learn and interpret score. Plays from memory or by following score. May transpose music to play in alternate key. May improvise. May compose. May play instrument to signal activity, such as flag raising, post time, or arrival of dignitaries at sporting or other events. May be designated according to instrument played as Calliope Player (amuse. & rec.); Drummer (amuse. & rec.); Harpist (amuse. & rec.); Organist (amuse. & rec.); Pianist (amuse. & rec.); Violinist (amuse. & rec.). May accompany soloist or another MUSICIAN, INSTRUMENTAL (amuse. & rec.) and be designated Accompanist (amuse. & rec.).

| Aptitudes | Lvl | Temperaments | Lvl | Physical Demands | Lvl | Environmental | Lvl |
|---|---|---|---|---|---|---|---|
| General learning ability | 2 | Directing people or events | | Climbing | N | Exposure to weather | O |
| Verbal skill | 2 | Repetitive tasks | | Balancing | N | Extreme Cold | N |
| Numerical skill | 3 | Influencing people | | Stooping | N | Extreme Heat | N |
| Spatial perception | 4 | Variety of tasks | | Kneeling | N | Wet and/or humid | N |
| Form perception | 3 | Express personal feelings | X | Crouching | N | Noise Intensity Level | 3 |
| Clerical perception | 2 | Alone or apart from others | | Crawling | N | Vibration | N |
| Motor coordination | 2 | Stress, dangerous tasks | | Reaching | C | Atmospheric conditions | N |
| Finger dexterity | 2 | Tolerances, precise limits | | Handling | C | Moving mechanical parts | N |
| Manual dexterity | 2 | Under specific instructions | | Fingering | C | Exposure to electrical shock | N |
| Eye-Hand-Foot coordination | 3 | Dealing with people | | Feeling | N | High, exposed places | N |
| Color discrimination | 4 | Making judgments | X | Talking | C | Exposure to radiation | N |
| GED | Lvl | Work Fields | Lvl | Hearing | C | Working with explosives | N |
| Reasoning | 5 | Entertaining | 297 | Tasting/Smelling | N | Toxic or caustic chemicals | N |
| Math | 3 | | | Near Acuity | C | Other | N |
| Language | 3 | | | Far Acuity | F | | |
| Trailer | Lvl | MPSMS | Lvl | Depth Perception | N | | |
| Strength | L | Music | 756 | Accomodation | N | | |
| SVP | 8 | | | Color Vision | N | | |
| GOE | 01 04.04 | | | Field of Vision | N | | |

*Light*

*OK* ✓

Joseph Sylvester

## 899.261-014 MAINTENANCE REPAIRER, INDUSTRIAL

Installs, maintains, and repairs machinery, equipment, physical structures, and pipe and electrical systems in commercial or industrial establishments, following specifications, blueprints, manuals, and schematic drawings, using handtools, power tools, hoist, crane, and measuring and testing instruments: Visually inspects and tests machinery and equipment, using electrical and electronic test equipment. Listens for unusual sounds from machines or equipment to detect malfunction and discusses machine operation variations with supervisors or other maintenance workers to diagnose problem or repair machine. Dismantles defective machines and equipment and installs new or repaired parts, following specifications and blueprints, using precision measuring instruments and handtools [**MACHINE REPAIRER, MAINTENANCE**(any industry) 638.261-030]. Cleans and lubricates shafts, bearings, gears, and other parts of machinery, using rags, brushes, and grease gun. Installs and repairs electrical apparatus, such as transformers and wiring, and electrical and electronic components of machinery and equipment [**ELECTRICIAN, MAINTENANCE**(any industry) 829.261-018]. Lays out, assembles, installs, and maintains pipe systems and related hydraulic and pneumatic equipment, and repairs and replaces gauges, valves, pressure regulators, and related equipment [**PIPE FITTER**(construction) 862.281-022]. Repairs and maintains physical structure of establishment [**MAINTENANCE REPAIRER, BUILDING**(any industry) 899.381-010]. May install machinery and equipment according to blueprints and other specifications [**MILLWRIGHT**(any industry) 638.281-018]. May install, program, or repair automated machinery and equipment, such as robots or **programmable controllers.** May set up and operate machine tools, such as lathe, grinder, drill, and milling machine to repair or fabricate machine parts, jigs and fixtures, and tools. May operate cutting torch or welding equipment to cut or join metal parts. May fabricate and repair counters, benches, partitions, and other wooden structures.

| Aptitudes | Lvl | Temperaments | Lvl | Physical Demands | Lvl | Environmental | Lvl |
|---|---|---|---|---|---|---|---|
| General learning ability | 3 | Directing people or events | | Climbing | O | Exposure to weather | N |
| Verbal skill | 3 | Repetitive tasks | | Balancing | O | Extreme Cold | N |
| Numerical skill | 3 | Influencing people | | Stooping | O | Extreme Heat | N |
| Spatial perception | 2 | Variety of tasks | X | Kneeling | O | Wet and/or humid | N |
| Form perception | 2 | Express personal feelings | | Crouching | O | Noise Intensity Level | 4 |
| Clerical perception | 4 | Alone or apart from others | | Crawling | O | Vibration | N |
| Motor coordination | 3 | Stress, dangerous tasks | | Reaching | F | Atmospheric conditions | N |
| Finger dexterity | 3 | Tolerances, precise limits | X | Handling | F | Moving mechanical parts | O |
| Manual dexterity | 2 | Under specific instructions | | Fingering | F | Exposure to electrical shock | O |
| Eye-Hand-Foot coordination | 4 | Dealing with people | | Feeling | O | High, exposed places | O |
| Color discrimination | 4 | Making judgments | X | Talking | O | Exposure to radiation | N |
| GED | Lvl | Work Fields | Lvl | Hearing | O | Working with explosives | N |
| Reasoning | 4 | Structural-Fabricating-Installing-Rep 102 | | Tasting/Smelling | N | Toxic or caustic chemicals | N |
| Math | 4 | Electrical-Electronic Fabricating-Inst 111 | | Near Acuity | F | Other | N |
| Language | 3 | Mechanical Fabricating-Installing-Re 121 | | Far Acuity | N | | |
| Trailer | Lvl | MPSMS | Lvl | Depth Perception | F | | |
| Strength | H | Machinery and Equipment, except El 560 | | Accomodation | O | | |
| SVP | 8 | Electrical and Electronic Machinery, 580 | | Color Vision | O | | |
| GOE | 05 05.09 | Transportation Equipment 590 | | Field of Vision | N | | |

Heavy

O.K.



Elizabeth Peralta, M.Ed., LRC, CRC, CLCP
eperalta@stokes-associates.com
Direct Dial: 504.608.6935

September 25, 2023

Mr. Nicholas Rockforte
Laborde Earles Injury Lawyers
306 North Washington St. Suite A
Marksville, LA 71351

***VIA U.S. MAIL AND EMAIL:*** *nicholas@onmyside.com*

                                      RE:    Joseph Sylvester
                         My File Number:    EBP230344

*[Handwritten annotations: "12/5/2023 Review line by line out", signature, "Jr."]*

Dear Mr. Rockforte:

On 05/11/2023, I interviewed Mr. Joseph Sylvester for the purpose of conducting a vocational and life care plan assessment. The following report is based on a clinical interview with Mr. Sylvester, consultation Dr. Belle Isle, a review of available records provided by your office, as well as the results of vocational testing and research. The report is organized in the following sections: **Introduction, Clinical Interview, Analysis of Records Reviewed, Vocational Testing, Vocational Analysis, and Life Care Plan.** Prior to the interview, Mr. Sylvester was asked to review a Privacy Notice regarding disclosure of medical information and a Professional Disclosure and Declaration of Practices and Procedures. He was informed that he was being interviewed for an assessment only, that there was no client/counselor relationship, and that a report would be generated. The following records were received and reviewed:

## *RECORDS RECEIVED AND REVIEWED:*

1. Medical Records, SouthStar Urgent Care;

2. Medical Records, Opelousas General Health;

3. Medical Records, Acadiana Radiology Group;

4. Medical Records, Our Lady of Lourdes Regional Medical Center;

5. Medical Records, James Thomas, NP;

6. Medical Records, CVS Pharmacy;

7. Medical Records, Michael Duval, MD;

8. Medical Records, Kevin Lasseigne, MD/Jeanne Kaliszeski, NP;

Nicholas Rockforte, Esq.
RE: Joseph Sylvester
Page 11 of 16

### ADJACENT-LEVEL TLIF AND RELATED SERVICES:

*[Handwritten annotation across table: "Not Specific to Alleged Work" and other handwritten marks]*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Adjacent-Level TLIF | Surgical needs | Life expectancy | Once | $207,871.32 - $273,842.00* | N/A | Per Dr. Baronne. |
| Lumbar CT (without contrast) | Pre-operative | Life expectancy | Once | $2,613.00* | N/A | Per Dr. Baronne. |
| Lumbar MRI (without contrast) | Pre-operative | Life expectancy | Once | $4,038.00* | N/A | Per Dr. Baronne. |
| CBC | Pre-operative | Life expectancy | Once | $36.00* | N/A | Per Dr. Baronne. |
| Chest X-Ray | Pre-operative | Life expectancy | Once | $361.00* | N/A | Per Dr. Baronne. |
| BMP | Pre-operative | Life expectancy | Once | $50.00* | N/A | Per Dr. Baronne. |
| EKG | Pre-operative | Life expectancy | Once | $60.00 - $143.00* | N/A | Per Dr. Baronne. |
| PT/PTT/INR | Pre-operative | Life expectancy | Once | $85.00* | N/A | Per Dr. Baronne. |
| Lumbar X-Ray (AP/lateral) | Post-operative | Life expectancy | 10 total | $1,580.60* (based on $158.06 each) | N/A | Dr. Baronne recommends x-rays at each post-operative visit. |
| Spine Surgeon | Post-operative | Life expectancy | 10 total | $1,120.00 - $2,640.00* (based on $112.00 - $264.00 per visit) | N/A | Dr. Baronne recommends follow-up at two weeks, six weeks, 12 weeks, 6 months, and one year; then annual follow-up for an additional five years. |
| Lumbar MRI (without contrast) | Post-operative | Life expectancy | Once | $4,038.00* | N/A | Per Dr. Baronne. |
| Lumbar CT (without contrast) | Post-operative | Life expectancy | Once | $2,613.00* | N/A | Per Dr. Baronne. |
| Physical Therapy Evaluation | Post-operative | Life expectancy | 4 total | $500.00 - $860.00* (based on $125.00 - $215.00 each) | N/A | Dr. Baronne recommends a course of physical therapy following surgery; then every other year for five years. |
| Physical Therapy | Post-operative | Life expectancy | 63 visits total | $5,040.00 - $14,175.00* (based on $80.00 - $225.00 per visit) | N/A | Dr. Baronne recommends three visits per week for six weeks following surgery; then one course (18 visits per course) every other year for five years. |
| Zanaflex 4 mg | Post-operative | Life expectancy | 274 tablets total | $328.80 - $364.42* (based on $1.20 - $1.33 per tablet) | N/A | Dr. Baronne recommends three tablets per day for three months. |

Nicholas Rockforte, Esq.
RE: Joseph Sylvester
Page 12 of 16

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Norco 10/325 mg | Post-operative | Life expectancy | 274 tablets total | $230.16 - $698.70* (based on $0.84 - $2.55 per tablet) | N/A | Dr. Baronne recommends three tablets per day for three months. |

*One-time only or short-term cost

*[Handwritten: "No"]*

**Subtotals for Adjacent-Level TLIF and Related Services:**
**Short term/One-time costs: $230,564.88 - $308,137.72**

### FUTURE MEDICAL CARE, ROUTINE:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Pain Management | Routine care for medication management | 2 – 8 months | 1 – 3 visits total (based on one visit every three months) | $112.00 - $792.00* (based on $112.00 - $264.00 per visit) | N/A | Per Dr. Belle Isle. As four months have lapsed since consulting, I have reduced this to one visit every three months for two to eight months. |

*One-time only or short-term cost

*[Handwritten: "Not Specific to Work Accident"]*

**Subtotals for Future Medical Care, Routine:**
**Short term/One-time costs: $112.00 - $792.00**

### LABORATORIES:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Urine Drug Screen | Medication management | 2 – 8 months | 1 total | $242.00* | N/A | Per Dr. Belle Isle. |

*One-time only or short-term cost

*[Handwritten: "No"]*

**Subtotals for Laboratories:**
**Short term/One-time costs: $242.00**

### MEDICATIONS:

| Medication | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|
| Mobic 15 mg | Life expectancy | 2 tablets/day | $0.33 - $1.47 | $240.90 - $1,073.10 | Per Dr. Baronne. |
| Gabapentin 300 mg | 2 – 8 months | 3 tablets/day | $116.74 - $802.56* (based on $0.64 - $1.10 per tablet) | N/A | Per Dr. Belle Isle. As four months have lapsed since consulting, I have reduced this to two to eight months. |
| Robaxin 750 mg | 2 – 8 months | 3 tablets/day | $91.20 - $525.31* (based on $0.50 - $0.72 per tablet) | N/A | Per Dr. Belle Isle. As four months have lapsed since consulting, I have reduced this to two to eight months. |

*[Handwritten: "No" and "Not Specific"]*

Nicholas Rockforte, Esq.
RE: Joseph Sylvester
Page 13 of 16

| Medication | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|
| Voltaren Gel | 2 – 8 months | 1 tube/month | $46.96 - $223.92* (based on $23.48 - $27.99 each) | N/A | Per Dr. Belle Isle. As four months have lapsed since consulting, I have reduced this to two to eight months. |
| Percocet 10/326 mg | 2 – 8 months | 1 – 3 tablets/day | $152.00 - $1,948.03* (based on $2.50 - $2.67 per tablet) | N/A | Per Dr. Belle Isle. As four months have lapsed since consulting, I have reduced this to two to eight months. |

*One-time only or short-term cost

*Handwritten annotations: "Not Specific to Alleged Work Accident"*

**Subtotals for Medications:**
Short term/One-time costs: $1,220.69 - $5,252.43
Annual costs: $240.90 - $1,073.10

**SUMMARY OF COSTS:**

*Handwritten: "Per Dr. Domangue to be covered 14/5/23"*

|  | Low | High |
|---|---|---|
| One-Time Only/Short-Term Costs: | $231,325.78 | $312,671.54 |
| Annual Costs: | $240.90 | $1,073.10 |

According to the National Vital Statistics Reports, the expectation of remaining life at age 56 for males is **23.6 years**. This life expectancy has been used to demonstrate the total future medical costs noted below. The total costs are based on current costs for services/items, assuming the annual costs are necessary through life expectancy. These costs have not been adjusted to include rate of inflation or discounted value.

| Total Costs Summary: | Low | High |
|---|---|---|
| Adjacent-Level TLIF & Related Services: | $230,564.88 | $308,137.72 |
| Future Medical Care, Routine: | $112.00 | $792.00 |
| Laboratories: | $242.00 | $242.00 |
| Medications: | $6,092.14 | $28,824.98 |
| **Total Costs:** | **$237,011.02** | **$337,996.70** |

This life care plan was generated in accordance with the IARP and ICHCC standards. It represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This life care plan is a dynamic document and will be amended at any time, based on Mr. Sylvester's changing needs and additional information.



303 Chance Street, Lafayette, LA 70506

Office 337.988.2140   Fax 337.988.5225

## MEMORANDUM

**Date:** December 8, 2023

**To:** Dr. Chad Domangue

**From:** Stanford McNabb, BA, LRC, CRC, CCM, CLCP

**Re:** Joseph Sylvester

**McFile #:** 4671

*I want to ask Dr. Domangue to review the consultation summary letter. Please ask him to make any necessary changes or corrections in the section below and to return this Memorandum to me as soon as possible.*

Please keep a copy of this memo for your records.

*I have reviewed and examined the correspondence of 12/8/23, and it accurately reflects the contents of my pain management/vocational/life care planning consultation with Stanford McNabb on 12/5/23.*

*I would, however, clarify the following items:*

_____

_____

_____

_____

_____

_____

√ **PHYSICIAN'S SIGNATURE** _____  **DATE** 12/15/23